United States District Court
Southern District of Texas
**ENTERED**
June 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KELLYS YOSANNY REVERON-CORNEJO, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-02979 |
| | § | |
| MARTIN FRINK, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

On April 13, 2026, Petitioner Kellys Yosanny Reveron-Cornejo ("Petitioner") filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging her immigration detention. Doc. #1. The Court notes that mail set by the Clerk of Court to Petitioner has been returned as undeliverable. Doc. Nos. 13, 14, and 17.

Respondents are ORDERED to file a status report within five (5) days of the entry of this Order advising whether Petitioner remains in immigration custody and, if so, identifying the facility where she is currently detained.

It is so ORDERED.

JUN 18 2026

Date

The Honorable Alfred H. Bennett
United States District Judge